NUMBER 13-01-283-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


DIANA H. CUTBIRTH , Appellant,


v.


MANCE A. CUTBIRTH , Appellee.

____________________________________________________________________


On appeal from the 214th District Court

of Nueces County, Texas.

____________________________________________________________________

O P I N I O N

Before Chief Justice Valdez and Justices Hinojosa and Yañez

Opinion Per Curiam



Appellant, DIANA H. CUTBIRTH , perfected an appeal from a judgment entered by the 214th District Court of Nueces
County, Texas, in cause number 00-2200-F . After the record was filed, appellant filed a motion for nonsuit. In the motion,
appellant states that she no longer wishes to prosecute this appeal. 

The Court, having considered the documents on file and appellant's motion for nonsuit, is of the opinion that the motion
should be granted. Appellant's motion for nonsuit is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 14th day of February, 2002 .